HUGH F. CURRY v. FRANCIS X. CODY.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MIKE YOUT v. JACOB C. PLATT.— Motion to dismiss appeal denied, without costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

NATHAN D. SMITH v. RALPH T. TYNER.— Motion to dismiss appeal granted, with ten dollars costs unless appellant complies with terms of order.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LOUIS LAVINO v. ROBERT ELLES, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CHARLES L. BIRKHAHN v. CLARENCE A. HELLMAN and Others.— It appearing that the defendant Hellman has died since the taking of this appeal, no steps can be taken until proper proceedings are had to revive the action.  This motion is, therefore, dismissed.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

NATHAN K. BUCHWALD and Others v. " JOHN " SCHECHTER and Others, etc.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PHILIP S. FARMER v. WALWORTH SALES CORPORATION.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY V. CHASAN v. HARRY GOTTESMAN and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BESSIE GOTTLIEB v. HARRY RENTNER.— Application denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

J. R. SIMPSON, as Executor, etc., and Others, v. PATRICK J. HAYES, as Executor, etc., and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ALLEN CURTIS and Others v. MAX M. HIRSON and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

OLGA I. HOPPE v. RUSSO-ASIATIC BANK.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of 507 MADISON AVENUE REALTY COMPANY, INC., v. NICHOLAS MARTIN, Impleaded, etc.— Motion for leave to appeal granted.  Motion for stay pending appeal granted upon appellant's filing an undertaking as provided by sections 1441, 1442 and 1443, Civil Practice Act, in the sum of $18,000.  Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE E. RICHARD MEINIG COMPANY v. UNITED STATES FASTENER COMPANY.— Motion for leave to appeal denied, with ten dollars costs and motion of stay granted.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.